UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS VALDOVINOS, | No. 2:16-cv-0209 KJN P |
| Petitioner, | |
| v. | ORDER |
| J. AYARD LIZZARAGA, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding pro se, who filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 19, 2016, pursuant to court order, petitioner filed a request to proceed in forma pauperis.

The court's own records reveal that on October 8, 2014, petitioner filed a petition for writ of habeas corpus, which is presently pending.[1] Valdovinos v. Lizarraga, Case No. 2:14-cv-2481 MCE CMK (E.D. Cal.). Petitioner claims in the instant petition that his prior case was dismissed on January 20, 2016. (ECF No. 1 at 4.) However, on January 20, 2016, the assigned magistrate judge recommended that the action be dismissed, and the findings and recommendations have not yet been adopted by the district court.

////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

Absent permission from the United States Court of Appeals for the Ninth Circuit, petitioner must pursue all of his habeas claims in one action. See 28 U.S.C. § 2244(b)(3). Therefore, petitioner's request to proceed in forma pauperis should be filed in his prior habeas action, Case No. 2:14-cv-2481 MCE CMK. Moreover, because the instant petition appears to add claims that were not included in the original or amended petition filed in Case No. 2:14-cv-2481 MCE CMK, the instant petition should be filed in petitioner's prior case as a second amended petition. Finally, because the instant petition contains claims raised in Case No. 2:14-cv-2481 MCE CMK, the instant action is dismissed as duplicative of Case No. 2:14-cv-2481 MCE CMK.

Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court is directed to:

1. File the motion to proceed in forma pauperis (ECF No. 8) in petitioner's prior habeas action, Case No. 2:14-cv-2481 MCE CMK;

2. File the instant petition (ECF No. 1) in Case No. 2:14-cv-2481 MCE CMK as a second amended petition; and

3. Dismiss the instant action.

Dated: March 1, 2016

/vald0209.23

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE